OPINION # _____O-7497_____ WAS NEVER ISSUED OR

WAS WITHDRAWN.